BEFORE THE THIRD DIVISION, APRIL 6, 1942

**No. 47041.**—Protest 35894–K of M. Pressner & Company (New York).

Opinion by KEEFE, J.   It was stipulated that certain of the merchandise in question consists of Rockingham earthenware similar to that involved in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303).   In accordance therewith the claim at 25 percent under paragraph 210 was sustained.

**No. 47042.**—Protests 72919–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Strauss-Eckardt* v. *United States* (T. D. 48272) the manger sets in question were held dutiable at 25 percent under paragraph 1403 as claimed.

**No. 47043.**—Protest 62655–K of Person & Wiedhorn (New York).

Opinion by KEEFE, J.   From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action.   The protest was therefore overruled.

APRIL 7, 1942

**No. 47044.** Protests 11838–K, etc., of J. A. Deknatel & Son, Inc.   Plaintiff's application for rehearing granted.

APRIL 1, 1942

**No. 47045.**—Suit 4353. *Green Kay Corp. et al.* v. *United States.* C. A. D. 193.

APRIL 2, 1942

**No. 47046.**—Suit 4378. *United States* v. *Egry Register Co.*   Appeal dismissed February 4, 1942; not yet reported.

APRIL 4, 1942

**No. 47047.**—Suit 4364 *S. L. Jones & Co.* v. *United States.*   C. D. 472 affirmed.   C. A. D. 194.